**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Sheila Fourney,<br>     Plaintiff<br><br>v.<br><br>NCO Financial Systems, Inc.,<br>     Defendant | Docket 3:10-cv-1708-WJN<br><br>(JUDGE WILLIAM J. NEALON)<br><br><br>FILED ELECTRONICALLY |

## NOTICE OF VOLUNTARY DISMISSAL

Please dismiss this action without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

s/ Kenneth W. Pennington
Kenneth W. Pennington
Sabatini Law Firm
216 N. Blakely St.
Dunmore, PA 18512
Attorney for Plaintiff
Phone (570) 341-9000
Facsimile (570) 504-2769
Email: kpecf@bankruptcypa.com
Bar Number: PA 68353
