IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sheila Fourney,<br>Plaintiff<br><br>v.<br><br>NCO Financial Systems, Inc.,<br>Defendant | Docket 3:10-cv-1708-WJN<br><br>(JUDGE WILLIAM J. NEALON)<br><br><br>FILED ELECTRONICALLY |

### ORDER

This action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

The Clerk of Court is directed to close the case.

Date: 9-13-10

William J. Nealon
United States District Judge

FILED
SCRANTON
SEP 13 2010
PER _____
DEPUTY CLERK